## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Kathleen Lombardi, : 
            Petitioner : 
              : 
      v. :     No. 208 C.D. 2020
              : 
Workers' Compensation Appeal : 
Board (UPMC Health Plan, Inc.), : 
           Respondent : 

**PER CURIAM**                **O R D E R**

NOW, December 14, 2021, having considered Respondent's application for reconsideration and Petitioner's answer in response thereto, the application is denied.